*BR*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

MAR 10 2008 *aer*
*MAR 10 2008*
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

CLEVELAND GARNER

\# N-33258

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

DR. PARTHA GHOSH,

DR. AGUINALDO and

TERRY MCCANN

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**08CV1449**
**JUDGE GETTLEMAN**
**MAG. JUDGE ASHMAN**

Case No:_____
(To be supplied by the Clerk of this Court)

PLAINTIFF DEMAND TRIAL
BY JURY.

JURISDICTION: 28 U.S.C. 1331

CHECK ONE ONLY:

X    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION
1983 U.S. Code (state, county, or municipal defendants)

____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION),
TITLE 28 SECTION 1331(a) U.S. Code (federal defendants)

____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

1

I.    Plaintiff(s):

    A.    Name: CLEVELAND GARNER

    B.    List all aliases: N/A

    C.    Prisoner identification number: N-33258

    D.    Place of present confinement: STATEVILLE CORRECTIONAL CENTER

    E.    Address: P. O. BOX 112 JOLIET, ILLINOIS 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.    Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.    Defendant: DR. PARTHA GHOSH

        Title: MEDICAL DIRECTOR

        Place of Employment: STATEVILLE C.C. P.O. BOX 112 JOLIET, IL 60434

    B.    Defendant: DR. AGUINALDO

        Title: MEDICAL DOCTOR

        Place of Employment: STATEVILLE C.C. P.O. BOX 112 JOLIET, IL 60434

    C.    Defendant: TERRY McCANN

        Title: WARDEN

        Place of Employment: STATEVILLE C.C. P.O. BOX 112 JOLIET, IL 60434

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III.    Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (X)   NO ( )   If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (X)   NO ( )

C.    If your answer is YES:

1.    What steps did you take?
I FILED THREE GRIEVANCE CONCERNING MY
MEDICAL ISSUES AT STATEVILLE C.C.

2.    What was the result?  REFUSED
THE DEFENDANTS ~~confendants~~ TO PROVIDE ME
ADEQUATE MEDICAL CARE KNOWING THAT I
HAVE A LIFE THREATENING ILLNESS

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

I SENT A GRIEVANCE DIRECTLY TO THE
ADMINISTRATIVE REVIEW BOARD WHICH THE
ARB HAVE NOT RESPONDED.

D.    If your answer is NO, explain why not:
N/A

3

E.   Is the grievance procedure now completed?   YES (X)   NO ( )

ALSO ' IRREPARABLE HARM IS AT ISSUE
SEE ' PRELIMINARY INJUNCTION'.

F.   If there is no grievance procedure in the institution, did you complain to

authorities?   YES (X)   NO ( )

G.   If your answer is YES:

1.   What steps did you take?

REPEATED COMPLAINED TO THE DOCTORS

TO BE PROVIDED MEDICAL CARE.

2.   What was the result?

DOCTORS CONTINUED TO DEPRIVE ME

MEDICAL TREATMENT WHICH THE WARDEN

ALLOWED.

H.   If your answer is NO, explain why not:

N/A

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: _____ NANE _____

B. Approximate date of filing lawsuit: _____ NANE _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ NANE _____

D. List all defendants: _____ NANE _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ NANE _____

F. Name of judge to whom case was assigned: _____ NANE _____

G. Basic claim made: _____ NANE _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ NANE _____

H. Approximate date of disposition: _____ NANE _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

V.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each
defendant is involved. Include also the names of other persons involved, dates, and
places. Do not give any legal arguments or cite any cases or statutes. If you intend
to allege a number of related claims, number and set forth each claim in a separate
paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. PLAINTIFF A INMATE AT STATEVILLE CORRECTIONAL CENTER
SUFFERS FROM A LIFE THREATENING ILLNESS "HEPATITIS C"
AND SEVERE "MUSCLE SPASMS" IN PLAINTIFFS ARM AND LEG.

2. NOVEMBER 2006 PLAINTIFF WAS TRANSPORTED FROM STATEVILLE
CORRECTIONAL CENTER TO THE UNIVERSARY OF ILLINOIS
CHICAGO MEDICAL FACILITY DUE TO PLAINTIFFS 'HEPATITIS C'
ILLNESS.

3. WHILE AT THE U OF I CHICAGO MEDICAL FACILITY
PLAINTIFF WAS EXAMINED AND TESTED BY A MEDICAL
SPECIALIST.

4. THE MEDICAL SPECIALIST PRESCRIBED A MEDICAL TREATMENT
PLAN FOR PLAINTIFFS 'HEPATITIS C'.

5. WHEN PLAINTIFF WAS RETURNED TO STATEVILLE
DEFENDANTS DR. PARTHA GHOSH AND DR. ABUINALAD
DID NOT PROVIDE PLAINTIFF ANY MEDICAL TREATMENT
FOR PLAINTIFFS 'HEPATITIS C'.

6. FEBRUARY 23, 2007 PLAINTIFF WAS RETURNED TO THE U OF I DUE TO
PLAINTIFFS 'HEPATITIS C'.

-6

7. DEFENDANTS DR. GHOSH AND DR. AGUINALDO ALSO DISCONTINUED PLAINTIFF'S 'ROBAXIN' MEDICATION FOR MUSCLE SPASMS IN PLAINTIFF'S ARM AND LEG.

8. EACH TIME PLAINTIFF RETURNED FROM THE U OF I CHICAGO MEDICAL FACILITY DEFENDANTS DR. GHOSH AND DR. AGUINALDO REFUSED TO PROVIDE PLAINTIFF MEDICAL TREATMENT FOR PLAINTIFF'S 'HEPATITIS C'.

9. DUE TO 'HEPATITIS C' CAUSING PLAINTIFF'S LIVER CONDITION TO WORSEN AND MUSCLE SPASMS CAUSING NUMBNESS IN PLAINTIFF'S ARM AND LEG, PLAINTIFF FILED A GRIEVANCE DATED APRIL 18, 2007, SEE EXHIBIT A.

10. DEFENDANT DR. GHOSH RESPONSE TO PLAINTIFF'S APRIL 18, 2007 GRIEVANCE WAS THAT PLAINTIFF WAS EVALUATED ON APRIL 23, 2007 AND THAT PLAINTIFF WILL BE RE-EVALUATED.

11. ON APRIL 23, 2007 PLAINTIFF HAD WENT TO 'SICK CALL' SEEKING MEDICAL TREATMENT FOR PLAINTIFF'S HEPATITIS C AND MUSCLE SPASMS.

12. PLAINTIFF INFORMED DEFENDANT DR. AGUINALDO THAT THE MUSCLE SPASMS IS CAUSING PAIN AND INVOLUNTARY MOVEMENT IN PLAINTIFF'S ARM AND LEG AND THEN PLAINTIFF'S ARM AND LEG WILL GO NUMB.

13. PLAINTIFF INFORMED DEFENDANT AGUINALDO THAT TYLENOL AND APRIN DOES NOT HELP PLAINTIFF'S MUSCLE SPASM CONDITION.

14. PLAINTIFF THEN REQUESTED TO DEFENDANT TO BE PLACED BACK ON ROBAXIN MEDICATION AND THAT PLAINTIFF SHOULD BE EXAMINED BY AN OUTSIDE MEDICAL SPECIALIST DUE TO PLAINTIFF'S MUSCLE SPASM CONDITION WORSENING YEAR AFTER YEAR.

15. DEFENDANT AGUINALDO RESPONDED " THERE ISN'T ANY THING I CAN DO AND WE CAN'T AFFORD THE MEDICATION AND TREATMENT FOR YOUR HEPATITIS".

16. DEFENDANT AGUINALDO REFUSED TO REFILL PLAINTIFF'S ROBAXIN MEDICATION AND REFUSED TO TREAT PLAINTIFF'S HEPATITIS C LIVER CONDITION WHICH WAS EXPERIENCING A BURNING PAIN, ( LIVER).

17. APRIL 23, 2007 THE SAME DAY PLAINTIFF FILED ANOTHER GRIEVANCE FOR BEING DEPRIVED MEDICAL TREATMENT FOR PLAINTIFF'S MUSCLE SPASMS AND HEPATITIS C, SEE EXHIBIT B.

18. DEFENDANT GHOSH RESPONSE TO PLAINTIFF'S APRIL 23, 2007 GRIEVANCE WAS THAT PLAINTIFF'S LIVER CONDITION WILL BE ADDRESSED ONCE THE INSTITUTIONAL LOCKDOWN IS LIFTED, SEE PAGE 2 EXHIBIT B.

19. ONCE THE LOCKDOWN WAS LIFTED PLAINTIFF STILL DID NOT RECEIVE MEDICAL TREATMENT FOR PLAINTIFF HEPATITIS C OR PLAINTIFF'S MUSCLE SPASMS.

20. DUE TO PLAINTIFF'S LIVER CONDITION PLAINTIFF'S LIVER PAIN INCREASED AND PLAINTIFF'S URINE COLOR BECAME DARK AND ABNORMAL.

21. JUNE 8, 2007 PLAINTIFF THEN FILED A THIRD GRIEVANCE ON THE INSTITUTIONAL LEVEL AND ALSO SENT ANOTHER GRIEVANCE TO THE ADMINISTRATIVE REVIEW BOARD CONCERNING PLAINTIFF BEING DEPRIVED TREATMENT FOR PLAINTIFF'S HEPATITIS C AND MUSCLE SPASMS, SEE EXHIBIT C.

22. TO THIS DAY THE ADMINISTRATIVE REVIEW BOARD HAS NOT RESPONDED TO PLAINTIFF'S GRIEVANCE.

23. DEFENDANT GHOSH CONTINUED TO DENY PLAINTIFF MEDICAL TREATMENT FOR PLAINTIFF'S HEPATITIS C AND MUSCLE SPASMS USING ANOTHER LOCKDOWN AS AN EXCUSE, SEE EXHIBIT D.

24. DEFENDANTS DR. GHOSH AND DR. AGUINALDO HAS ALLOWED SEVERAL MONTHS TO PASS WITHOUT PROVIDING PLAINTIFF MEDICAL TREATMENT FOR PLAINTIFF'S HEPATITIS C AND MUSCLE SPASMS KNOWING PLAINTIFF'S CONDITIONS HAS WORSENED.

25. DEFENDANTS DR. GHOSH AND DR. AGUINALDO "DELIBERATE INDIFFERENCE" TO PLAINTIFF'S SERIOUS MEDICAL NEEDS VIOLATES PLAINTIFF'S EIGHTH AMENDMENT RIGHTS TO THE UNITED STATES CONSTITUTION AND 42 U.S.C. 1983.

26. DEFENDANT WARDEN TERRY McCANN SIGNING PLAINTIFF'S GRIEVANCES CONCURRING WITH DEFENDANTS GHOSH AND AGUINALDO NOT TO PROVIDE PLAINTIFF ADEQUATE MEDICAL TREATMENT FOR PLAINTIFF'S HEPATITIS C AND MUSCLE SPASMS IS "DELIBERATE INDIFFERENCE" TO PLAINTIFF'S SERIOUS MEDICAL NEEDS VIOLATING PLAINTIFF'S EIGHTH AMENDMENT RIGHTS TO THE UNITED STATES CONSTITUTION AND 42 U.S.C. 1983.

F.N. 1. PLAINTIFF JUST RECEIVED ANOTHER GRIEVANCE PLAINTIFF FILED 9-20-07 WHICH THE DEFENDANTS AND OTHER STAFF CONTINUE TO USE FALSE AND PHONY EXCUSES NOT TO PROVIDE PLAINTIFF MEDICAL CARE, SEE EXHIBIT E.

DEFENDANTS GHOSH, AGUINALDO AND McCANN ALL
ACTED UNDER COLOR OF STATE LAW IN THEIR
INDIVIDUAL CAPACITIES IN THE AFOREMENTIONED
WRONGFUL CONDUCT BY DENYING PLAINTIFF NEEDED
AND ADEQUATE MEDICAL TREATMENT. DEFENDANTS
GHOSH, AGUINALDO AND McCANN KNEW OR
SHOULD HAVE KNOWN THAT THEIR RECKLESS
DISREGARD TO PLAINTIFF'S SERIOUS MEDICAL NEEDS
CONSTITUTE "DELIBERATE INDIFFERENCE" A CLEAR
VIOLATION OF PLAINTIFF'S EIGHTH AMENDMENT
RIGHTS TO THE UNITED STATES CONSTITUTION AND
42 U.S.C. 1983.

WHEREFORE, PLAINTIFF PRAYS FOR JUDGMENT IN HIS
FAVOR AGAINST DEFENDANTS GHOSH, AGUINALDO AND
McCANN AND REQUESTS THE FOLLOWING RELIEF;

(2) ISSUE AN DECLARATORY AND INJUNCTIVE JUDGMENT
THAT ALL DEFENDANTS VIOLATED PLAINTIFF'S EIGHTH
AMENDMENT RIGHTS AND 42 U.S.C. 1983.

VI.     Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

(b) AWARD PLAINTIFF COMPENSATORY DAMAGES OF THE SUM

$ 50,000 FROM EACH DEFENDANT AND AWARD PLAINTIFF

PUNITIVE DAMAGES OF THE SUM $25,000 FROM EACH DEFENDANT.

(c) AWARD COST AND ATTORNEY FEES.

(d) AWARD ANY OTHER RELIEF THIS COURT DEEMS JUST.

I declare under penalty of perjury that all facts
given in the complaint are true and correct.

Signed this __14__ day of __DECEMBER__ __2007__

_Carl Turner_
(Signature of plaintiff or plaintiffs)

__01-33258__
(I.D. Number)

__P.O. Box 112__

__JOLIET, ILLINOIS 60434__

(Address)

12

ILLINOIS DEPARTMENT OF CORRECTIONS

OFFENDER'S GRIEVANCE

| Date: 4/18/07 | Offender: (Please Print) Cleveland Garner | ID#: N-33258 |

Present Facility: State CORRECTIONS CENTER

Facility where grievance issue occurred: Stateville

EX. A.

NATURE OF GRIEVANCE:

☐ Personal Property          ☐ Mail Handling          ☐ Restoration of Good Time          ☐ Disability
☐ Staff Conduct             ☐ Dietary               ☐ Medical Treatment                 ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator                ☐ Other (specify):

☐ Disciplinary Report ___/___/___
                        Date of Report          Facility where issued

*Received Grievance Office MAY 2 4 2007   STA # 0514*

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
Administrative Officer.

Brief Summary of Grievance:

There is no back recently I putting Three request slip for sickcall. and have not been called yet. also it a sickcall Box in the unit. I really sickcall pass, or my name add to list. I have muscel spams it got in my arm and leg it gose numb. I Taking Tylune ASPrie it donsent N/O Good. I Was getting Robaxis. Exprie 04/08/07 also I were going to UCI Hospital cause of my "liver," I have hattition C. the Doctor saying will

Relief Requested: start giving medicate. I have not received any Treatment medicate yet. will Slove this matter by give me information and help.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Mr Cleveland Garner          N-33258          4/18/07
Offender's Signature                ID#              Date

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) |

Date Received: 4/20/07

☐ Send directly to Grievance Officer          ☐ Outside jurisdiction of this facility. Send to Administrative Review Board P.O. Box 19277, Springfield, IL 62794-9277

Response: Please review and return to J. Baldwin with A disposition regarding the Above.

J. Baldwin
Print Counselor's Name

*RECEIVED APR 27 2007 ___ CORRECTIONAL CENTER*

Counselor's Signature          Date of Response

| EMERGENCY REVIEW |

Date Received: ___/___/___

Is this determined to be of an emergency nature?

☐ Yes: expedite emergency grievance
☐ No: an emergency is not substantiated. Offender should submit this grievance in the normal manner.

___/___/___
Chief Administrative Officer's Signature                                            Date

Distribution: Master File; Offender                    Page 1                    DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report | | |
| --- | --- | --- |

**Date Received:** May 24, 2007    **Date of Review:** May 24, 2007    **Grievance #** 0514

**Committed Person:** Cleveland Garner    **ID#:** N33256

**Nature of Grievance:** Medical Tx

EX. A.

**Facts Reviewed:** Grievant alleges he has not received treatment for illness. (grievance date 4-18-07)

**Relief requested:** be seen by HCU

Medical response received 5-24-07

Per Medical Director, Dr. Ghosh: Offender has been evaluated by MD on 4-23—07. He will be re-evaluated in chronic clinic before any decisions are made.

It appears that this grievance issue has been resolved.

This Grievance Officer has no medical expertise or authority to contradict the doctor's recommendation/diagnosis.

**Recommendation:** No further action necessary at this time.

**Tammy Garcia**
_Print Grievance Officer's Name_    _Grievance Officer's Signature_
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
| --- | --- | --- |

**Date Received:** 6-12-07    ☑ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

_Chief Administrative Officer's Signature_    6-12-07
_Date_

| Committed Person's Appeal To The Director | | |
| --- | --- | --- |

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_Committed Person's Signature_    _ID#_    _Date_

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 04/23/07 | Offender (Please Print) Cleveland Garner. | ID#: N-33258 |

| Present Facility: STATEVILLE Correction Center | Facility where grievance issue occurred: EAST Cell unit |

EX. B.

NATURE OF GRIEVANCE:

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ Disability
☐ Staff Conduct  ☐ Dietary  ☒ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☐ Other (specify):

☐ Disciplinary Report ___/___/___
                          Date of Report        Facility where issued

<div style="border:1px solid">Received Grievance Office<br>SEP 0 4 2007<br>STA #</div>

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I went on sick called today 04/23/07 I tel
Doctor I were taking RoBAxin and I need refill cause
it expire date was 04/6/07 he said No. I mentioned
to him Doctor MD GosHI said it were okay.
But I had to wait until my Bloodtest came back 10/5/06
Then I receive a call pass from Doctor Tiler, he call
Doctor Gus HT up GusHT it ok. for Him given RoBAin
The sick Doctor notice my Medical chart and notice I have
Hsptitis C said to me you taking lots of diffrent pill only
bad for my liver   Said Doctor will see me later.

Relief Requested: I need the RoBAxin. also I need the
The medicate to treat my "heptitis C" "How "
long it going to take for I get treatment I need.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ Mr. Cleveland Garner _____ N-33258
Offender's Signature                    ID#
(Continue on reverse side if necessary)

---

| Date Received: 4, 27, 07 | **Counselor's Response** (if applicable) |

☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Please return with a disposition regarding
the Above

I. Baldwin
Print Counselor's Name                    Counselor's Signature                    Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?   ☐ Yes: expedite emergency grievance
                                                    ☐ No: an emergency is not substantiated
                                                    Offender should submit this grievance in the normal manner.

_____    ___/___/___
Chief Administrative Officer's Signature         Date

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (continued)

EX. B.

I were refere to U I C Hosiptal
from 11/12/06 intil 2-13-07
The Doctor ran testing and said
I need the treatment, I been waiting
such along time, and I have not
received any medicare for my liver effect
is getting woreless.

also, I were complained
about a muscle spamas bother me for
long times I were Taking ROBAXin Now I'm
not receive no more I'mstarting
To feel sick again, and the ROBAXin
were help a lot's.

This muscel spamas moved it set in my arm leg
and it guse nuber I Taking Tylone
ASPri it doesnt NO-Good,

also, my liver I believe is start
to take another Turn everytimes
I urinate, burn, Turn color,

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|

**Date Received:** September 4, 2007    **Date of Review:** September 4, 2007    **Grievance #** 1066

**Committed Person:** Cleveland Garner    **ID#:** N33256

**Nature of Grievance: Medical Tx**    EX. B.

**Facts Reviewed:** Grievant alleges he is not receiving his medication and treatment as needed

**Relief requested: be seen by HCU**

Medical response received 9-4-07

Per Medical Director, Dr. Ghosh: Offenders request for his liver condition will be addressed in chronic clinic once the lockdown is lifted. The offender may be advised to know that the frequent administration of multiple medications (including pain medicine) should be done with caution. The decision for not giving him the medication may be entirely medical and not indifference.

It appears that this grievance issue has been resolved.

This Grievance Officer has no medical expertise or authority to contradict the doctor's recommendation/diagnosis.

**Recommendation:** No further action necessary at this time.

**Tammy Garcia**
_____    _____
Print Grievance Officer's Name        Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

**Date Received:** 9-6-07    ☒ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

_____    9-6-07
Chief Administrative Officer's Signature        Date

| Committed Person's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____    _____    _____
Committed Person's Signature        ID#        Date

# COMMITTED PERSON'S GRIEVANCE

| Date: 6/8/07 | Committed Person: (Please Print) Cleveland Garner | ID#: N-33258 |
|---|---|---|
| Present Facility: | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

EX. C.

- [x] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___     _____
  Date of Report     Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
Administrative Officer.

**Brief Summary of Grievance:** I putting in for for THREE(3) threetime did not received a call pass. Then I writtee a GRIEVANCE Then I got a pass to see Doctors. HE did not Refill my medicated called "ROBAXIN" the expire 4-8-07. Now I'm rightback in pain. The "ROBAXIN" were helping But I the E-House Doctor wont Rfill my medica Because of my liver Affecate. I have HESITATE.C And he saying not Good for me to take pill cause of my bad liver. I'm not prejudice toward FastCell House. Asian Doctor I have a muscels spasm it move in my arm leg it goes round But taking Asprin Tylenol doesn't No Good.

**Relief Requested:** But I will be sich pass to, see Doctor WILLIAMS I MIGH as I hope this could be Solve immmediately that

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Committed Person's Signature: Cleveland Garner | ID#: N-33258 | Date: 6/8/07 |
|---|---|---|

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 6/11/07

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Please review & return with a response to Clinical Services.

RECEIVED
JUN 15 2007
STATEVILLE CORRECTIONAL CENTER
HEALTH CARE UNIT ADMIN OFFICE

| J. Baldwin | [signature] | |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?

- [ ] Yes: expedite emergency grievance
- [ ] No: an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | | Date: ___/___/___ |
|---|---|---|

Distribution: Master File; Committed Person

Page 1

DOC 0046 (Eff. 10/2001)
(Replaces DC 5657)

Printed on Recycled Paper

**Illinois
Department of
Corrections** EX. D.

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Stateville Correctional Center / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607
TDD: (800) 526-0844

# MEMORANDUM

Date:      August 16, 2007

To:        J. Baldwin,
           Counselor

From:      Partha Ghosh, MD     PGh
           Medical Director

Subject:   Medical Grievance for Garner, Cleveland N33258 E910


Offenders request for treatment for his liver condition will be address in chronic clinic once the lock down is lifted.  The offender may be advised to know that the frequent administration of multiple medications (including pain medicine) should be done with caution. The decision for not giving him the medications may be entirely medical and not indifference.


PG:jrw


Cc:    Assistant Warden Programs
       Grievance Office
       Medical Records
       File

EX. F.

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**

| Date: 9-20-07 | Committed Person (Please Print) Cleveland Garner | ID#: N33258 |

Present Facility: STA

Facility where grievance issue occurred: STA

**NATURE OF GRIEVANCE:**

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability |
| ☐ Staff Conduct | ☐ Dietary | ☑ Medical Treatment | ☐ Other (specify): |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | |

☐ Disciplinary Report ____ / ____ / ____
Date of Report          Facility where issued

Received
Grievance Office

OCT 0 9 2007

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I need medical attention. I need to see a doctor. I have numbness in my legs and arms. I have been trying to get on a sick call but no one cares. Pleas Help. Long time ago I saw the doctor in-house but he did not help in any way. He refused to give me any medacation because I have heptitis C. I need to see doctor Ghosh or williams.

**Relief Requested:** To get medical attention for the numbness

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

Cleveland Garner _____ N33258 ____ 7/20/07
Committed Person's Signature          ID#          Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

Date Received: 09, 24, 07

☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: GRIEVANCE FORWARDED TO HCU FOR RESPONSE —

S. Miles _____
Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____ / ____ / ____

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated Committed person should submit this grievance in the normal manner

Chief Administrative Officer's Signature _____ ____ / ____ / ____
Date

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

EX. E.

| Grievance Officer's Report |
|---|

Date Received: October 9, 2007      Date of Review: December 10, 2007      Grievance # 1567

Committed Person: Cleveland Garner                                         Inmate #: N33258

Nature of Grievance: Medical Tx

**Facts Reviewed:** Grievant alleges not being taken care of because of his condition. Also complains of numbness in legs and arms.

**Relief Requested:** medical attention for numbness

**Grievance written:** 9-20-07

**Sent to HCU:** 9-24-07

**Medical response received:** 12-10-07

Per HCU Administrator, C.A. Vance, RN, MSN: (summarized) There is nothing in the chart that indicates that he has requested to be seen. As a courtesy I have asked that he be placed on sick call. In the future I expect him to follow procedure.

It appears that this grievance issue has been resolved.

This Grievance Officer has no medical expertise or authority to contradict the doctor's recommendation/diagnosis.

**Recommendation:** No further action necessary at this time.

Tammy Garcia
Print Grievance Officer's Name                                    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 12-13-07      ☒ I concur      ☐ I do not concur      ☐ Remand

Comments:

Chief Administrative Officer's Signature                                    12-13-07
                                                                            Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature                          ID#                          Date

GRIEVANCE

12-04-07

Cleveland Garner
N33258
Dated 09-20-07


I investigated this grievance.

I/M grieves that he is unable to receive "medical attention."
Complaining of numbness in legs and arms.
Claims he is not being taken care of because he has Hepatitis C.

I reviewed his chart.

There is nothing in the chart that indicates that he has requested to be seen.

As a courtesy I have asked that he be placed on sick call. In future I expect him to follow
procedure.

Thank you.

C. A. Vance, RN, MSN, HCUA

Please add Cleveland Garner N33258 to the in house sick call as a courtesy.
He is complaining of numbness in his arms and legs.
Relates that he has requested to be seen to no avail.
Feels he is being ignored due to his Hepatitis C status.

Thanks,
CV


Carol Vance
Health Care Unit Administrator
Stateville Correctional Center

CLAIM 12

LETTER

01-22-08

Garner
N33258
X LE 07
Dated: 01-18-08

I investigated this letter.
I/M wants to go to an outside hospital for a MRI.

I reviewed the chart.
I spoke with the CMT for his cell house.

CMT will add the I/M to the list to see the doctor.
CMT will also stop by to see the I/M .

I/M should start the process of accessing health care according to the procedure as
explained in the I/M Handbook.

I trust this will help.

Thank you,

*Mrs. Vance, HCUA*

C. A. Vance, RN, MSN, HCUA

EXHIBIT C

7ト

LETTER

01-22-08

Garner
N33258
X LE 07
Dated: 01-18-08

I investigated this letter.
I/M wants to go to an outside hospital for a MRI.

I reviewed the chart.
I spoke with the CMT for his cell house.

CMT will add the I/M to the list to see the doctor.
CMT will also stop by to see the I/M .

I/M should start the process of accessing health care according to the procedure as
explained in the I/M Handbook.

I trust this will help.

Thank you,

C. A. Vance, RN, MSN, HCUA

EXHIBIT D

CLAIM 12

1-18-07
X-LE-07

from inmate Mr. Garner N33258.
I need to be put on sick call.
Also, I need to see doctor M.D
Gosh immediately. He gave me
Robaixs and it desont No good. I
need testing. I need to go out
to the hospital and have a
test. I have pain in my leg and
in my arm. It goes numb and I
am taking tylenol and aspirin.
It does no good and I have
been like this over 8 years.

I can't read or write very good
and I do not have family to
call down here.

To whom this may concern,
Can I please talk with M.D
Gosh. Make sure I have testing
and a MRI test done.

2,

A letter i write to
M. D. Gosh it's were toking
by the med who was working
X-unit to CA MS. VANE
Hcun on date February 18/08.

EX, HIBit E

CLAMI 1B

Letter
1-22-08
Garner
N-33258
Date 1/08

I investigated this letter.
I/M wants to go to an outside
hospital for a MRI.
I reviewed the chart.
I spoke with the CMT for his
cell house.

CMT will add the I/M to the
list to see the doctor.
CMT will also stop to see the I/M.
I/M should start the process
of accessing healthcare according
to the procedure as explained in the I/M
Handbook.

I trust this will help
Thank you.

Ms. Vance, RN, MSN H Cua

C. A Vance, RN MSN HCUA

EXHIBIT D

2

A letter I Write to
M.D. Gosh it's were taking
by the med who was working
X-unit to CA MS. VANE
Hcun on date February 18/08.

EX.HIBit E

CLAIMS

1-18-07
X-LE-07

from inmate Mr. Garner N33258
I need to be put on sick call.
Also, I need to see doctor M.D
Gosh immediately. He gave me
Robaixs and it does no good. I
need testing. I need to go out
to the hospital and have a
test. I have pain in my leg and
in my arm. It goes numb and I
am taking tylenol and aspirin.
It does no good and I have
been like this over 8 years.

I can't read or write very good
and I do not have family to
call down here.

To whom this may concern,
Can I please talk with M.D
Gosh. Make sure I have testing.
and a MRI test done.

ON date: Febuary 2, 2008 I went on sick call
I met with Dr. Aguinaldo and he examined
me, examined me completely and then I
got dressed Writ 4me down for a blood
test I had done on Febuary 4th 2008.
Dr. Aguinaldo set down and writing down
things he told me I will be seeing again.
I'm gonna put you down to see Dr. Partha
Ghosh for your Hepititis C. it seems he
did not mentioned anythings about my
dis-comfort muscle spasm. I'm complain
about I told him Dr. I need a MRI
cat scan test. The cat-scan is a
machine to show what is wrong with
the body. I told Dr. Aguinaldo test he
as me when the last time you had a
blood test I told recently. A lot's of
times I told Dr. Aguinaldo. I have
been like this over 8 years and normal
person does not live like this he
asked me when I'm going home. I
told him I wish tommorow, that way
I can go to the outside hospital.
He goes 47 years old are you. I
told doctor that I have discomfort
pain it gets in my arm and leg.

On date February 10/2008 med-
tech came around. I told him to
put me in for the chronic clinic,
Hepititis C. He took my name down
and I.D number - left, this dis-
comfort irritates me, all my
attention stayed on this dis-
comfort driving me crazy. Please
allow me to have this MRI test
I am, tired of waking up in the
morning like this everyday. This
is under normal for any person, in
life to live under this condition.
To who this may concern. I'M asking court
To take action. Thank You Very Much
          Cleveland Garner

C C:G
File

On date February 25/2008

I went over on a sick call pass to the hospital
I had another blood test draw again cause of
my sugar also something call a "blue coast" I'm
taking b diabete pill cause my sugar is so hight
lately it went up one day to four-hundred
2-18-08 Then it went up so high to five-hundred
milligram,
The food I'm eating off inmates dinner room is
causing my blood sugar to rise up so hight
It is turning me into a diabate the food have
Sodium and sugar it's causing me serious harm
illness.
   These are the food I'm not suppose to eat
Sugar Sodium cholest it is in the food I'm
being Services it is causin serious issue and
my pancreas problem too,

And I found out this is making my body sore and pancreas worse. I'm in the diabetee situation matters. On 2/16/2008 med-Mir. Johon came around 7:45 A.M. check my blood sugar went up to 475 Milligrams he said to me. I'll be here tomorrow do not eat anything until I see him. On date 2/18/2008 at 7:00 A.M. he came. 2/18/2008 check blood sugar it were 371 he's said it went down. I ask him can he get me a diabetic foods tray. I said I'm trying to stop myself from eating swee Med Mr. John said you do not have to startle yourself from eating. He's told me go head eat your trays just watch out what you eat and be careful what you eat. I told Med Mr. John I have one kindly old it my situation can get worse. This illness I'm having is basiclly about my liver and my blood sugar and the food I'm eating and my Hepititis C and my pancreas all cause discomfort. If I could have had my medical from Dr. GHOSH my hepititis C treatment which

wouldnt have to feel pain or distress

CLAIM - B

Punishment - including brutality and inhumane prison condition. I will like the court to take immediate action because the prison rule book.

said I should not be treat under these inhumane prison condition and will like very much to recieve medical help for my health as soon as possible. cause my condition not approved. It's getting worse and I'm in the hand of per Medical Director Dr. Ghosh and whatever he's say it sayed. The Grievance office keep denied my request cause of Dr. Ghosh. I'm tired of suffering like this behind these prison walls gate fence.

Now, I'm complaining about another issue is causing me pain - discomfort and Doctor is here is really not trying to deal too much with this illness I have now. I pray the court make sure I get some medical assistance treatment. I really like to

CLAIM 8

go to the outside Hospital called UIC.
I need to have MRI test because
X-RAY do not show whats causing
me to aching like this. A normal
person bodies do not action up like
this. It a muscle spasm it move it
get and my arm and my leg then
goes numb. I have taken Tylenol,
Aspirin, Robaxis it doesn't no good.

My constitution due process right
were violation under the 14th Amendment.
of the United State Constitution.
and under the language and guarenteer
similar under the United State Constitution.

I'm asking the court to take immediate
action soon as possible to called down
here soon and make sure I go out
to outside Hospital. I will greatly
appreciate it and people do get sick some-
time in life. I pray you take my
situation matters in consideration.
THE Court, PLEASE. Soon

that I been complaining about lately that gets in my arm and leg. goes numb. I'm taking Tylenol, Asperin Robaxis and it's no good.

CLAIM

My due process cause right were violated under the eighth amendment of the UNITED STATE CONSTITUTION and guarenteed under the language of the UNITED STATE CONSTITUTION and similar under the UNITED STATE CONSTITUTION.

Dr. Partha Ghosh came around he was noticed by me making Dr. Aguinaldo I'm somethings do with my condition. Then he left and he was there seeing other inmates I believe I was giving more diabetic pills by Dr. Aguinaldo. I were talking back to my cell unit and I pass out worrying about my health problem situation. condition. It's affects my daily activities, and causing serious pain.

Jackson v Thornburgh ___ F.2d 194 (D.C. Cir ___)

___ of ___ 31 F.3d 717 (8th Cir 1994).

This is cruel and unusual punish-ment, and brutality to my inhuman condition. I'm an imate : and the Rule Book saying Know imates prison should be treated to Inadequate medical care. I'm being treated under inadequate. My constitutional due process were violated under the EIGHT AMENDMENT of the UNITED STATE'S CONSTITUTION, and guaranteed under the language of the United State Constitution. I'm requesting immediate help from the to take some kind of action immediatly.

CLAIM-8

Dr. Aguinaldo and Dr. Partha Ghosh are awear of my condition as far as sick. I need immediate attention for medicated treatment.

I been denied my constitutional right under the 14th Amendment due process clause and guaranteed under the language of United State constitutional.

My Liver is bad, I have Hepititis C. I have been to the U.I.C Hospital. The doctors there are saying in the near future, I will need meds.

I'm having problem with my pancreas. The sweet I'm eating off the commissary the sugar do not hold on my pancreas. Causing me to turn into a diabetic I am on a diabetic pill. Called.

CLAIM - 10

My due process cause of the 14'th
Amendment were violated under the
UNITED STATE CONSTITUTION under the
language guarenteed similar under the
UNITED CONSTITUTION.

On date 2/18/2008 my diabetic were
checked once again and it went up
to 500 milligrams. I had to go over to
the hospital and have a diabetic shot
in my stomach and I had to do it my
self why the nurse gave me instroment
and I feeling under easy cause she
were yelling at me after leaning the
things off Commissary I purchase
off commissary after shes made a
telephone call to the commissary
people and Dr. Aguinaldo just sat
back in his chair looking on his
chart at me and the nurse and
looking this cause discomfort more
illness to me cause of other dis-
comfort I've been complain about
my/liver my medical treatment for my
Hepititis C and my discomfort spasms.

it

CLAIMS- 12

I start acting like I cant get around it's made me move lots slow. I told Dr. Agunaldo I see you before 8 months ago. You gave me tylenol and send me back to my unit 4/10/2008 I wanted you to refile my Robixon you said cause of my liver Hepitltis C and I told Dr. Agunaldo I'm having discomfort pain. I been like this for a numerous of years. I'm taking asperin, tylenol, Rebixion, it does no good for pain it gets in my arm and my leg it goes (number) it brings lots of discomfort to my body. It gets in neck, discomfort constantly. this Dr. ignore me.

Chance vs Armstrong.

(93   1 3d  078 , 163 -703

(2     1998

E'M cite medical malpractice laws.

Corporation of

Supp        845

1983



**BOSWELL** PHARMACY SERVICES DEA# BB5804562

131 Schoolhouse Road, Jennerstown, PA 15547 • 1-888-688-3288

RX # 6511236    02/15/08 05/15/08 AGUINALDO, E
XLE7    CLEVELAND/G, N33258
TAKE 1 TABLET BY MOUTH
TWICE A DAY X 3 MONTHS

60 TAB

GLIPIZIDE 5 MG
WATSON
46008E07
1/09

GLIPIZIDF

Bos Well
PHARMACY SERVICES

# PHARMACY SERVICES

BOSWELL   13 Schoolhouse Road, Jennertown, PA 15547    DEA# BB 8045...
RX# 6511236   02/15/08   05/15/08    1-888-688-...
XLE 7   CLEVELAND/G, N33258    AGUINALDO E

TAKE 1 TABLET BY MOUTH
TWICE A DAY X3 MONTHS
     60  TAB

GLIPZIDE  5 MG TABLET
651 1236   CLEVELAND/G, N33258
02/15/08   02/15/08   05/15/08

GLIPZIDE   5 MG TABLET

SI  IMM PAF  STAX

STATE VILLE - CELL X

I'M request the Court to look into
my situation matters as soon as possible
and take immedately action.

other part's of my body start
To broken down, cause other illness
To my body this is not

CLAIM 26

I'M state medica mal protice laws

EX. Hibit C

under Color

of
state law

Claim II

The plea states that "[No]" action shell be brought with respect to prison conditions by a prisoner confined in jail, prison or other correctional facility until such administrative remedies as are available are exhausted "42 U.S.C.A. (1997e) (a)

STATEVILLE CORRECTIONAL CENTER          Page#_____
Notification Of Appointment to HCU

Name _Gerner__          Number _N 33 258_          Date _1-26-05_

Call# _XLE 7_ Time to Report _10_          Assignment _____

| | | | | |
|---|---|---|---|---|
| ___ Lab | __ X-Ray | __ Dietician | __Seizure Clinic | ___ Other |
| __ E.R. | __ OPHTH | __Infirm Adm | __ Diabetic Clinic | |
| __ P.T. | __ ORTHO | __ M.D. in E.R. | __ Hypertensive Clinic | to MD |
| __ OPT | __Dental | __ Asthma Clinic | __ Infec. Control Nurse | Sick Call |
| __ POD | __ Physicals | __ Surgery Clinic | __ Mental Health | _____ |

Special Instructions:

__ NPO -(Nothing By Mouth After 12:00 Midnight)


__ I Accept This Pass _____
                        Inmate Signature

__ I Refuse This Assignment _____
                             Inmate Signature
   If you are on a psychotropic medication, This will be discontinued or
   Tapered off.  If you do not come to your next scheduled appointment.

__ Reason for Refusal _____

Witness _____
                        CMT Signature

** If You fail to keep this appointment (NO SHOW) you will have to  **
        Re-schedule your own appointment thru the CMT.

___ No Show


Attempts to deliver this pass made at the following times:

P.N.'S _____ Reason not delivered _____

Midnights _____ Reason Not delivered _____

__ R.N. Notified of inability to deliver Pass
Signature of CMT _____ P.M. _____ M.N. _____ A.M.
Signature of R.N. _____ P.M. _____ M.N. _____ A.M.


Time inmate departed Assignment _____ Officer _____
TIME Inmate arrived at HCU _____ Officer _____
Time Inmate departed HCU _____ Officer _____
Time Inmate Arrived Assignment _____ Officer _____

IL 426- DCA 2234  Revised 04/93          White-- Inmate
                                          Yellow--Provider

EXHIBIT G

**STATE OF ILLINOIS**
**DEPARTMENT OF CORRECTIONS**

# REQUEST FOR PAYMENT

Date _____ 20____

Name (print): _____ I.D. No. _____ Housing Unit: _____

Please pay to: _____

Address: _____

City: _____ State: _____ Zip: _____

The sum of _____ dollars and _____ cents

and charge to my account, for _____

_____

_____

_____ ID No. _____
Inmate Signature

☐ APPROVED

☐ NOT APPROVED

_____ _____
Warden/Superintendent/Designee                Witness

## REQUEST FOR PAYMENT OF POSTAGE

Postage requested
in the amount of _____ dollars _____ cents

☐ Postage Paid

DC 328 (09/91)

EX- HiBit A

---

## REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of postage for the attached mail.

_____
Inmate Signature

ID No. _____

### FOR TRUST FUND USE ONLY

Trust Fund Balance $ _____

Less amount of payment $ _____

Current balance after payment $ _____

Check No. _____ Date _____

_____
Business Office

### FOR JUVENILE DIVISION USE ONLY

Received by: _____ _____
                     (print)          (Date)

Received by _____ _____
                     (print)          (Date)

IL 426-0207

STATEVILLE CORRECTIONAL CENTER                          Page#_____
Notification Of Appointment to HCU

Name _Warner_____    Number _033058_    Date _8-8_

Cell# _IGC_  Time to Report _800_    Assignment _____

| | | | | |
|---|---|---|---|---|
| _ Lab | _ X-Ray | _ Dietician | _ Seizure Clinic | _ Other |
| _ E.R. | _ OPHTH | _ Infirm Adm | _ Diabetic Clinic | |
| _ P.T. | _ ORTHO | _ M.D. in E.R. | _ Hypertensive Clinic | |
| _ OPT | _ Dental | _ Asthma Clinic | _ Infec. Control Nurse | |
| _ POD | _ Physicals | _ Surgery Clinic | _ Mental Health | _____ |

Special Instructions:

NPO -(Nothing By Mouth After 12:00 Midnight)

_ I Accept This Pass _____
                     Inmate Signature

_ I Refuse This Assignment _____
                          Inmate Signature
If you are on a psychotropic medication, This will be discontinued or
Tapered off.  If you do not come to your next scheduled appointment.

_ Reason for Refusal _____

Witness _____
                    CMT Signature

** If You fail to keep this appointment (NO SHOW) you will have to  **
        Re-schedule your own appointment thru the CMT.

_ No Show _____

Attempts to deliver this pass made at the following times:

P.N.'S _____  Reason not delivered _____

Midnights _____  Reason Not delivered _____

_ R.N. Notified of inability to deliver Pass
Signature of CMT_____  P.M._____  M.N._____  A.M.
Signature of R.N._____  P.M._____  M.N._____  A.M.

Time inmate departed Assignment_____  Officer_____
TIME Inmate arrived at HCU        _____  Officer_____
Time Inmate departed HCU          _____  Officer_____
Time Inmate Arrived Assignment_____    Officer_____

IL 426- DCA 2234  Revised 04/93          White-- Inmate
                                         Yellow--Provider

EX HIBIT  G

Klinger v. Dep't
of Corrections, 31 F.3d
727 (8th Cir 1994)

Jackson v. Thorburgb
907 F.2d 194 D.c Cir
1990

Skeinger v. pricor
Inc. 963 F.2d 100 (Cir 1991

Chance V. Armstrong
   143 F.3d  678, 702-703
( 2d Cir 1998

                    Giron V. Correction
                    of America, 14 F.
                    Supp.2d, 1245
                    D.N.M. (1998

West V. Athins
   487 u.s. 42
            (1988)

                    Cooper V pate
                    378 u.s.
                    546     1964

Gutierrez V. peters
111 F.3d 1364 , 1369 (7th Cir
1997

Fraise
 v. Terhume
283 F.3d                Ben v. Wolfish
506 ,520                441 u.s. 520 (1979
3d Cir

Hutto V. Finney
437 U.S.
678 (1978

Ex Hibit D

Smith v. Corpente
(316 F.3d 178
(2d. cir 2003 )

Martinet V. city of
Los Angeles
141 F.3d
1373 (9th
1990 )

CC: G
File

EX HIBIT f

Klinger V. Dept
of Corrections. 31 F.3d
727 (8th Cir 1994 )

JACKson V. Thorburgh
907 F.2d 194 D.c Cir
1990

5Keinger V. pricor
Inc. 963 F.2d 100 (Cir 1991

EXHIBIT E

15

West v. Athins
487 u.s. 42
( 1988)


Coope v. pote.
378  u.s.
546         (1964

Barney v. pulsipher,
143 F. 3d
1299 , 1311
( 10th Cir
1998

HEllinger v. Mckinney,
509 u.s. 25 (1993)

73

Bivens v. Six named
403 u.s. 388 (1971

Please
...
p..pe
...
...()

## State Of Facts

My name is Cleveland Garner N33258
and I am a 47 year old man. I have
been complaining about pain, dis-comfort
running throughout my body. I have been
like this numerous months of years.
I'll get it in my arm and my leg and
it goes numb. I'Mm taking tylenol,
asperin, and robaxis and it does no
good. I have Hepitits c. I also recently
starting taking diabetic pills on
date Febuary 14 2008.

I have written a second letter to
health care administer Ms. Vance RN
MSN HCUA. She wrote back once.
what she going to do for me on
date 1/22/08

I written her again and, she did
not respond yet. 1/27/08

I am asking that the court please
look into this matter as soon as
possible.

Thank You
51 =

# Conclusion

My name is Cleveland Garner date of birth 7-21-60
Dr. Partha Ghosh and Dr. Aguinaldo and Warden Terry McCann refused to give me medical treatment to deliberate indifference to an unreasonable risk of serious harm. Violation I been complainted about pain discomfort running throughout my body I been like this numerous of years being incarcerate it get in my arm and leg it goes numb I taking tylnoel aspiric and robaxis it dosen't no good I have hepititise Now. I'm taking biy diabet pill Liver condition. They are aware of my situation constantly would not blame each other for they mistake toward me. That is cruel and unusal punishment including brutalit and inhuman prison condition.

8 end