# UNITED STATES DISTRICT COURT

**NORTHERN** District of **ILLINOIS**

FILED
MAR 10 2008
MAR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CLEVELAND GARNER**
Plaintiff

v.

**PARTHA GHOSH et al.**
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

**08CV1449
JUDGE GETTLEMAN
MAG. JUDGE ASHMAN**

I, **CLEVELAND GARNER** declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **STATEVILLE CORRECTIONAL CENTER**

   Are you employed at the institution? **NO**   Do you receive any payment from the

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_12-13-07_  _Cleveland Davies_
Date            Signature of Applicant

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

certify that the applicant named herein has the sum of $ _45.71_ on account to his/her credit a name of institution) _Stateville Correctional Center_. I further certify that the applican as the following securities to his/her credit: _-0-_.

urther certify that during the past six months the applicant's average balance was $ _81.80_

_12-17-07_  _T C_
Date            Signature of Authorized Officer

REPORT CRITERIA - Date: 06/17/2007 thru End; Inmate: N33258; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: N33258 Garner, Cleveland**　　　　**Housing Unit: STA-F -04-33**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 168.63 |
| 06/20/07 | Point of Sale | 60 Commissary | 1717137 | 498093 | Commissary | -36.22 | 132.41 |
| 07/09/07 | Point of Sale | 60 Commissary | 1907142 | 499065 | Commissary | -85.45 | 46.96 |
| 07/10/07 | Payroll | 20 Payroll Adjustment | 1911148 | | P/R month of 06/2007 | 10.00 | 56.96 |
| 07/16/07 | Disbursements | 88 repair | 1973148 | Chk #135346 | C0713016, Conair Corporation, Inv. Date: 07/13/2007 | -3.00 | 53.96 |
| 07/27/07 | Point of Sale | 60 Commissary | 208781 | 501034 | Commissary | -21.90 | 32.06 |
| 07/31/07 | Disbursements | 84 Library | 2123148 | Chk #135564 | C0712080, DOC - Library Copies, Inv. Date: 07/12/2007 | -.05 | 32.01 |
| 08/08/07 | Mail Room | 01 MO/Checks (Not Held) | 2202164 | 286775 | Wright, Ella | 50.00 | 82.01 |
| 08/08/07 | Mail Room | 01 MO/Checks (Not Held) | 2202164 | 226852 | Wright, Ella | 50.00 | 132.01 |
| 08/08/07 | Point of Sale | 60 Commissary | 2207137 | 502115 | Commissary | -52.65 | 79.36 |
| 08/08/07 | Payroll | 20 Payroll Adjustment | 2201148 | | P/R month of 07/2007 | 10.00 | 89.36 |
| 08/16/07 | Disbursements | 93 R & C - UPS | 228337 | Chk #135827 | C0809206, Central Inmate Benef. Inv. Date: 08/09/2007 | -4.54 | 84.82 |
| 08/20/07 | Point of Sale | 60 Commissary | 2327142 | 503445 | Commissary | -28.97 | 55.85 |
| 08/28/07 | Point of Sale | 60 Commissary | 240721 | 504894 | Commissary | -41.58 | 14.27 |
| 09/10/07 | Point of Sale | 60 Commissary | 253783 | 505502 | Commissary | -13.76 | .51 |
| 09/13/07 | Payroll | 20 Payroll Adjustment | 2561148 | | P/R month of 08/2007 | 3.40 | 3.91 |
| 09/19/07 | Point of Sale | 60 Commissary | 262781 | 506681 | Commissary | -3.16 | .75 |
| 10/09/07 | Payroll | 20 Payroll Adjustment | 282190 | | P/R month of 09/2007 | 2.04 | 2.79 |
| 10/09/07 | Point of Sale | 60 Commissary | 282781 | 509375 | Commissary | -2.59 | .20 |
| 10/22/07 | Mail Room | 01 MO/Checks (Not Held) | 295291 | A259586 | Garner, Ricky | 15.00 | 15.20 |
| 10/25/07 | Mail Room | 01 MO/Checks (Not Held) | 2982164 | 464960 | Wright, Ella | 50.00 | 65.20 |
| 10/25/07 | Mail Room | 01 MO/Checks (Not Held) | 2982164 | 464958 | Wright, Ella | 50.00 | 115.20 |
| 10/25/07 | Mail Room | 01 MO/Checks (Not Held) | 2982164 | 464959 | Wright, Ella | 50.00 | 165.20 |
| 10/25/07 | Mail Room | 01 MO/Checks (Not Held) | 2982164 | 464957 | Wright, Ella | 50.00 | 215.20 |
| 11/06/07 | Point of Sale | 60 Commissary | 310783 | 511818 | Commissary | -69.25 | 145.95 |
| 11/07/07 | Disbursements | 80 Postage | 311390 | Chk #137035 | g1106088, DOC: 523 Fund Inmate, Inv. Date: 11/06/2007 | -.97 | 144.98 |
| 11/12/07 | Payroll | 20 Payroll Adjustment | 316190 | | P/R month of 10/2007 | 10.00 | 154.98 |
| 11/13/07 | Point of Sale | 60 Commissary | 3177137 | 513030 | Commissary | -37.92 | 117.06 |
| 11/14/07 | Point of Sale | 60 Commissary | 3187135 | 513362 | Commissary | 37.92 | 154.98 |
| 11/22/07 | Point of Sale | 60 Commissary | 3267137 | 515130 | Commissary | -58.18 | 96.80 |
| 12/05/07 | Point of Sale | 60 Commissary | 339781 | 516006 | Commissary | -7.24 | 89.56 |
| 12/12/07 | Disbursements | 80 Postage | 346390 | Chk #137575 | g1210304, DOC: 523 Fund Inmate, Inv. Date: 12/10/2007 | -.82 | 88.74 |
| 12/12/07 | Payroll | 20 Payroll Adjustment | 346190 | | P/R month of 11/2007 | 8.84 | 97.58 |
| 12/13/07 | Point of Sale | 60 Commissary | 3477135 | 517474 | Commissary | -51.87 | 45.71 |

|  |  |
|---|---:|
| Total Inmate Funds: | 45.71 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 45.71 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |