NORTHERN DISTRICT EASTERN DIVISION

CLEVELAND GARNER
PLAINTIFF,

V.

PARTHA GHOSH,
AGUINALDO and
TERRY McCANN
DEFENDANTS.

FILED

MAR 1 0 2008
Mar 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08CV1449**
**JUDGE GETTLEMAN**
**MAG.JUDGE ASHMAN**

## MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES CLEVELAND GARNER PLAINTIFF PRO SE IN THE ABOVE ENTITLED CAPTIONED CAUSE AND RESPECTFULLY SUBMIT PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL AND PLAINTIFF STATES AS FOLLOWS.

1. PLAINTIFF DOES NOT POSSESS THE EDUCATION OR ANY FORM OF LEGAL EXPERIENCE TO REPRESENT HIMSELF RELATING TO THIS CAUSE OF ACTION.

2. PLAINTIFF HAD TO OBTAIN LEGAL ASSISTANCE TO PREPARE EACH PAGE OF PLAINTIFF'S PLEADINGS AND COULD NOT POSSIBLY REPRESENT HIMSELF DURING CAUSE OF ACTION.

3. PLAINTIFF SHOULD BE PROVIDED THE OPPORTUNITY TO OBTAIN REPRESENTATION EQUALLY QUALIFIED WITH PROFESSIONAL COUNSEL USUALLY PROVIDED BY THE STATE FOR DEFENDANTS.

WHEREFORE, PLAINTIFF PRAYS THE HONORABLE COURT TO GRANT PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL.

DECEMBER 14, 2007

RESPECTFULLY SUBMITTED

Cleveland Garner

CLEVELAND GARNER PLAINTIFF
N-33258
P.O. BOX 112
JOLIET, IL 60434