UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, EASTERN DIVISION
Case 1:08-cv-01449   Document 5   Filed 03/10/2008   Page 1 of 8
FILED BR
Mar 10, 2008
MAR 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CLEVELAND GARNER
            Plaintiff,
vs.
DR. PARTHA GHOSH,
DR. AGUINALDO and
TERRY McCANN
            Defendants.

08CV1449
JUDGE GETTLEMAN
MAG. JUDGE ASHMAN

Plaintiff request this action to be construed with Plaintiff's civil complaint.

## Preliminary Injunction

Now comes CLEVELAND GARNER Plaintiff Pro Se in the above entitled captioned cause pursuant Rule 65(a) of the Federal Rules of Civil Procedures. Plaintiff respectfully submit Plaintiff's Preliminary Injunction and Plaintiff states as follow.

## Parties

A.1. Plaintiff CLEVELAND GARNER N-33258 is a inmate incarcerated at Stateville Correctional Center at P.O. Box 112 Joliet, Illinois 60434.

B.1. Defendant PARTHA GHOSH is employed as 'Medical Director' at Stateville Correctional Center at P.O. Box 112 Joliet, Illinois 60434.

C). DEFENDANT <u>DR. AGUINALDO</u> IS EMPLOYED AS 'MEDICAL DOCTOR' AT STATEVILLE CORRECTIONAL CENTER AT P.O. BOX 112 JOLIET, ILLINOIS 60434.

D). DEFENDANT <u>TERRY McCANN</u> IS EMPLOYED AS 'WARDEN' AT STATEVILLE CORRECTIONAL CENTER AT P.O. BOX 112 JOLIET, ILLINOIS 60434.

## GROUNDS FOR INJUNCTIVE RELIEF

Defendants Dr. Ghosh and Dr. Aguinaldo is well aware that Plaintiff was a deadly disease 'Hepatitis C' and that Plaintiff's liver suffers from 'Inflammation' which causes Plaintiff liver to experience a burning pain. Defendants Dr. Ghosh and Dr. Aguinaldo is also well aware that Plaintiff suffers from severe muscle spasms in Plaintiff's arm and leg. November 2006 Plaintiff was transported from Stateville Correctional Center to the University of Illinois Medical Facility due to Plaintiff's 'Hepatitis C' medical condition. February 23, 2007 Plaintiff was transported back to the U of I Medical Facility due to Plaintiff's 'Hepatitis C' Medical condition. The U of I Medical Specialist prescribed a medical treatment plan for Plaintiff's Hepatitis C. Defendants Dr. Ghosh and Dr. Aguinaldo both Doctors at Stateville refuse to comply and treat Plaintiff as prescribed by the U of I Medical Specialist. Denial of treatment and prescribed medical treatment is deliberate indifference to Plaintiff's medical needs, Estelle v. Gamble 429 US 97, 104-05 (1976). Despite Plaintiff's filed grievances, Defendants Ghosh and Aguinaldo used a institutional lockdown as a excuse not to treat Plaintiff's 'Hepatitis C'.

A INSTITUTIONAL LOCKDOWN IS NO EXCUSE TO ALLOW PLAINTIFF'S 'HEPATITIS C' AND MUSCLE SPASMS TO GO UNTREATED. PLAINTIFF'S 'ROBAXIN' MEDICATION FOR MUSCLE SPASMS WAS DISCONTINUED BY DEFENDANTS DR. GHOSH AND DR. AGUINALDO. WHEN THE INSTITUTION LOCKDOWN ENDED DEFENDANTS GHOSH AND AGUINALDO CONTINUED TO DENY PLAINTIFF MEDICAL TREATMENT FOR PLAINTIFF'S 'HEPATITIS C' AND MUSCLE SPASMS WHICH WORSENED. DEFENDANTS DR. GHOSH AND DR. AGUINALDO WAS ALSO AWARE OF THE PLAINTIFF'S MUSCLE SPASMS CAUSING NUMBNESS IN PLAINTIFF'S ARM AND LEG. A COURT HAS RULED THAT IGNORING NUMBNESS IN A INMATES LEG STATES CAUSE OF ACTION, SEE FITZKE V. SHAPPELL 468 F2d 1072 (2d CIR 1972). DEFENDANTS DR. GHOSH AND DR. AGUINALDO HAS AN AFFIRMATIVE OBLIGATION TO PROVIDE PLAINTIFF WITH A CARE SYSTEM THAT MEETS MINIMAL STANDARDS OF ADEQUACY, WELLMAN V. FAULKNER 705 F2d 269, 271 (7TH CIR 1983). DEFENDANT WARDEN McCANN DENYING PLAINTIFF'S GRIEVANCES AND CONCURRING WITH DEFENDANTS GHOSH AND AGUINALDO RECKLESS DISREGARD ALSO POSES A SERIOUS THREAT TO PLAINTIFF'S MEDICAL NEEDS. DEFENDANT McCANN FAILED TO EXERCISE HIS PROPER SUPERVISORY AUTHORITY OR DIRECTION TO REMEDY PLAINTIFF'S MEDICAL NEEDS.

4

for such circumstances Defendant McCann is liable as well and should not be granted qualified immunity, see Matzker v. Herr 748 F.2d 1142 (7th cir 1984), Abel v. Miller 824 F.2d 1522, 1523 (7th cir 1987). Plaintiff's complaint has alleged sufficient facts to overcome the presumption of immunity for any Defendant. All Defendants deliberate and reckless disregard to Plaintiff's deadly disease and worsening condition is a serious substantial risk to Plaintiff's life which is 'irreparable harm', see Williams v. Lane 646 F.Supp 1379, 1409 (N.D.Il 1986), Duran v. Anaya 642 F.Supp 510, 527 (D.N.M. 1986) All Defendants actions amount more than inadvertence due care, but does reflect recklessness and failure to provide plaintiff adequate medical care. Plaintiff has not received medical treatment for his Hepatitis c nor muscle spasms during the past "six months" which is a violation of Plaintiff's Eighth Amendment rights to the United States Constitution and 42 U.S.C. 1983.

A). THAT THE HONORABLE COURT ISSUE AN INJUNCTIVE ORDER THAT THE DEFENDANTS IS CAUSING PLAINTIFF IRREPARABLE HARM.

B). THAT THE HONORABLE COURT GRANT PLAINTIFF'S PRELIMINARY INJUNCTION.

C). THAT THE HONORABLE COURT ISSUE AN ORDER THAT DEFENDANTS COMPLY WITH OUTSIDE MEDICAL SPECIALIST TREATMENT PLAN FOR PLAINTIFF.

D). THAT THE HONORABLE COURT ISSUE AN ORDER THAT THE DEFENDANTS IMMEDIATELY PROVIDE PLAINTIFF WITH ADEQUATE MEDICAL TREATMENT FOR PLAINTIFF'S HEPATITIS C AND MUSCLE SPASMS.

RESPECTFULLY SUBMITTED

*Cleveland Garner*
CLEVELAND GARNER PLAINTIFF
N33258
P.O. BOX 112
JOLIET, IL 60434

STATE OF ILLINOIS )
COUNTY OF WILL ) ss

## AFFIDAVIT

I CLEVELAND GARNER being first duly sworn upon my oath, depose and state that the following matters are true and correct made upon my personal knowledge and belief, and if called as a witness, I am competent to testify thereto;

1. That I am the Plaintiff in CLEVELAND GARNER v. PARTHA GHOSH et al.

2. That I am incarcerated at Stateville Correctional Center.

3. That I have a serious illness 'HEPATITIS C'.

4. That I also suffer severe muscle spasms in my arm and leg.

5. November 2006 I was examined at the University of Illinois Medical Facility due to my 'HEPATITIS C'.

6. February 23, 2007 I was returned to the U of I Medical Facility due to my 'HEPATITIS C'.

7. That Dr. Ghosh and Dr. Aguinaldo discontinued my Robaxin medication for my muscle spasms.

8. THAT WARDEN TERRY McCANN DENIED MY GRIEVANCES CONCURRING THAT I NOT RECEIVE MEDICAL TREATMENT FOR MY 'HEPATITIS C' AND 'MUSCLE SPASMS'.

9. THAT I AM EXPERIENCING A 'BURNING PAIN' IN MY LIVER AND NUMBNESS IN MY ARM AND LEG.

10. THAT I AM NOT BEING ADEQUATELY TREATED BY DR. GHOSH AND DR. AGUINALDO FOR MY 'HEPATITIS C' AND 'MUSCLE SPASMS'.

DECLARATION UNDER PENALTY OF PERJURY;
I DECLARE UNDER THE PENALTY OF PERJURY, THAT I HAVE READ AND DO UNDERSTAND THE FOREGOING AFFIDAVIT AND THAT THE INFORMATION CONTAINED THEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.
EXECUTED WITHIN THE UNITED STATES THIS ____ DAY OF DECEMBER 2007
PURSUANT TITLE 28 U.S.C. SEC. 1746, 18 U.S.C. SEC. 1621.

RESPECTFULLY SUBMITTED
*Cleveland Garner*
CLEVELAND GARNER
N-33258
P.O. BOX 112
JOLIET, IL 60434