PRISONER CORRESPONDENCE
CLERKS OFFICE.
U.S. DISTRICT COURT
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS.
60604

**FILED**
APR - 7 2008
APR 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08C1449

DEAR CLERK
PLEASE FIND ENCLOSED MY MOTION FOR APPOINTMENT OF COUNSEL FORM, AND THE FORM TO HAVE A MAGISTRATE JUDGE HEAR THIS CASE. NOTE THIS I WANT TO BE PRESENT AT ALL COURT DATES.

Sincerely.
X Cleveland Garner N-33258 #
Box-112, STATEVILLE C.C.
JOLIET, ILLINOIS.
60434.