UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLEVELAND GARNER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08 C 1449 |
| | ) | Judge Robert W. Gettleman |
| PARTHA GHOSH, | ) | |
| et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, DR. PARTHA GHOSH, by his attorneys, CHARYSH & SCHROEDER, LTD., pursuant to Rule 6(b) of the Federal Rules of Civil Procedure moves for an enlargement of time to file an answer or otherwise plead to plaintiff's complaint, and in support thereof states:

1.Plaintiff filed his complaint on March 25, 2008, in the United States District Court for the Northern District of Illinois.

2.Defendant, Dr. Partha Ghosh, was served with a request for waiver of service which he executed on or about April 8, 2008.  The Court's docket incorrectly indicates Dr. Ghosh was served with process and that his answer was due on April 23, 2008.

3.The law firm of Charysh & Schroeder, Ltd., was recently retained to provide a defense for defendant Ghosh, and requests additional time within which to obtain the necessary records and to confer with its client to prepare the appropriate responsive pleading to the plaintiff's complaint.

4.Also recently, Dr. Aguinaldo signed a waiver on May 15, 2008.  The law firm of Charysh & Schroeder, Ltd., has also been retained to represent Dr. Aquinaldo in this matter.

5.      As some of the factual and legal issues pertaining to the defense of both of these defendants will be the same, defendant Dr. Ghosh requests until July 14, 2008 (the same date as Dr. Aquinaldo's response to plaintiff complaint is due) to likewise file a response to the complaint.

6.      This motion is being made for the purposes of economy and ease of the parties and not for any improper purpose or to delay this matter.

WHEREFORE, defendant, Dr. Partha Ghosh requests an enlargement of time until July 14, 2008, to file an answer or otherwise plead to plaintiff's complaint.

CHARYSH & SCHROEDER, LTD.

/s/Richard A. Tjepkema

CHARYSH & SCHROEDER, LTD.
33 North Dearborn Street
Suite 1300
Chicago, Illinois  60602
(312) 372-8338
Michael J. Charysh, ARDC #6187455
Richard A. Tjepkema, ARDC ## 6217445

**PROOF OF SERVICE BY ELECTRONIC FILING AND U.S. MAIL**

      The undersigned attorney certifies that on June 4, 2008, this notice was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses indicated above; this notice, and the documents referred to therein have also been served on all parties not electronically served by causing a copy of the same to be placed in the U.S. Mail at 33 North Dearborn Street, Chicago, Illinois on or before 5:00 p.m. on June 4, 2008, with proper postage prepaid.

                                                              s/ Richard A. Tjepkema