UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLEVELAND GARNER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   08 C 1449 |
| | ) | Judge Robert W. Gettleman |
| PARTHA GHOSH, | ) | |
| et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

On June 11, 2008, 9:15 a.m. or soon thereafter as counsel may be heard, I shall appear before the Hon. Robert W. Gettleman or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1703 at 219 South Dearborn, Chicago, Illinois, and then and there present the attached Defendant Dr. Partha Ghosh's Motion for Enlargement of Time

**Name:**  CHARYSH & SCHROEDER, LTD.     **Attorney for:** Defendants Ghosh
**Address:** 33 North Dearborn, 1300       **City:** Chicago
**Telephone:**  (312) 372-8338             **Atty:** 18314

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he served a copy of the foregoing documents on all attorneys of record via electronic notification to EFC participants, and by U.S. Mail to non-EFC participants at their respective addresses by depositing copies of same with proper postage prepaid in the U.S. Mail at 33 North Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on June 4, 2008.

By: s/ Richard A. Tjepkema
Attorney for Defendant