7-30-08    CLEVELAND GARNER N-33258
                                        BR
FILED
Aug 5, 2008
AUG 5 2008
mb
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

P.O. Box 112
JOLIET ILLINOIS
60434

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
PRISONER CORRESPONDENCE
219-SOUTH DEARBORN STREET
CHICAGO ILLINOIS
60604

CLEVELAND GARNER (USDR GHOSH, ET. AL.
08 C 1449.
08 C 1449

I AM SENDING THIS TO THE COURTS IN REGARDS TO CASE# 08 C 1449 AND THE DEFENDANTS ATTORNEY APPEARANCE FORM AND WHAT DEFENDANT SAID IN COURT his ATTORNEY.

① Now COMES PLAINTIFF MR. GARNER AND LET'S THE COURT KNOWS THAT i did IN FACT EXHAUST ALL OF MY REMEDIES REQUIRED BY PRISON litigation REFORM ACT, THAT THE DEFENDANTS ATTORNEY MADE NO NOTICE OF THIS IN MY COMPLAINT i FILED WITH COURTS IT HAS THE GRIEVANCES ATTACHED TO THEM. → → →

(2)

ALSO ON DEFENDANTS ANSWERS TO QUESTIONS ASKED BY JUDGE TITLED DEFENDANT DR. AGUINALDO'S ANSWER TO PLAINTIFF COMPLAINT THE ATTORNEY DEFENDANT HAD KEPT ON SAYING DENY FOR THE DEFENDANT IS WITHOUT KNOWLEDGE OR INFORMATION SUFFICIENT TO FORM A BELIEF AS TO THE TRUTH OF THE ALLEGATIONS CONTAINED IN PLAINTIFF COMPLAINT. THIS IS FALSE DUE TO THE FACT THAT THE U.I.C. DOCTORS WRITE UP A MEDICAL SHEET TO TELL WHAT IS WRONG WITH PLAINTIFF. SO THE DEFENDANTS IS VERY MUCH AWARE AND DO HAVE KNOWLEDGE TO WHAT MY MEDICAL PROBLEM AND ISSUES IS WHICH THE RECORDS AT U.I.C. HOSPITAL CAN SAY WHATS WRONG AND THE TREATMENT I NEED. NOTE THIS DR. GHOSH IS STATEVILLE C.C. MEDICAL DIRECTOR AND IF THIS DR. GHOSH REFERRED ME TO U.I.C. THEIR IS A PROBLEM WITH MY MEDICAL RECORDS DO NOT LIE

(3) THE MEDICATION I WAS GETTING ROBAXIN WHEN DR. DEFENDANTS SAID I CANT GET NO MORE CAUSE ITS TO EXPENSIVE WELL IAM IN I.D.O.C. PRISON AND IAM IN STATE CUSTODY AND IAM ENTITLED TO ANY AND ALL MEDICATION THAT I NEED TO TRY TO MAKE ME FEEL BETTER AGAIN ITS NOT MY FAULT THE MEDS IS TO MUCH COST THE STATE IS TO PROVIDE ALL MEDS TO INMATES

(4) WARDEN T. MCCANN HAS NO MEDICAL KNOWLEDGE SO THEIR IS NO WAY THAT THIS DEFENDANT CAN ADHER TO ANYTHING FROM DR. OR MEDICAL ISSUES DEFENDANT T. MCCANN IS NOT A DOCTOR HE IS WARDEN RUNS THE PRISON HE IS IN CHARGE OF SECURITY NOT TELLING DOCTOR WHAT PLAINTIFF CANT HAVE, SO DEFENDANT T. MCCANN IS WRONG.

(5) AND IF I CANT BRING CHARGES ON DEFENDANTS CAUSE THEY ARE PROTECTED BY A LAW THEN WHO DO I BRING THEM ON →

(4)

THE COMPANY WHO CONTRACTS THE DR HURT ETS

(6) PLAINTIFF IS ASKING TO APPEAR IN COURT ON ALL COURT HEARINGS PLAINTIFF ASK THE JUDGE TO ORDER WARDEN AT STATEVILLE C.C. TO BRING ME ON ALL COURT WRITS SO I CAN SAY WHAT I WANT TO SAY.

(7) ALSO PLAINTIFF HAS TRIED SEVERAL TIMES TO GET THE NAME AND ADDRESS OF THE COMPANY THAT CONTRACTS THE DOCTORS & NURSES AT THIS STATEVILLE C.C. BUT NO ONE IN MED DEPT WILL GIVE IT TO HIM.

(8) THIS IS MY LIFE THE PRISON IS PLAYING WITH BY GIVING THE COURTS A SHAM OF ANSWERS THEY DONT KNOW THIS (ON) THAT THE LONGER THIS GOES I COULD END UP DEAD

(5)

(9) I AM ASKING THE COURTS TO ORDER DEFENDANTS TO SEND ME TO DIXON MEDICAL FACILITY CAUSE DIXON MEDICAL IS FOR INMATES WHO DO HAVE SERIOUS HEALTH PROBLEMS SUCH AS THIS PLAINTIFF DOES

Sincerely
CLEVELAND GARNER-N-93258
Box-112
JOLIET, ILLINOIS
60434