**FILED**
Aug 11, 2008
AUG 1 1 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

August 6/2008
Wednesday

From:
Cleveland Garner
N-33258
P.O Box 112
Joliet IL 60434

My case number
08C 1449
JUDG GETTLEMAN

CLEVELAND GARNER
-vs-
PARTH GHOSH

Mr. Michael W. Dobbins

I Just send mail recently could you please add these papers to the rest of that letter.

Thank you very much

Mr Cleveland Garner

P.S. Write back soon if it concern this information.

I went to Sick date August 1TH 2007 N 2008
I'll mention to Dr. Aguinaldo I'm have
all kind pain Leg arm, He Soying what
it is both you.

I said to him this muscel spamas I had
For numerous of years and It constantly
cause lot's of dis-order point lot's of
other suff.

Dr. Aguinaldo notice my medcial chart
saying to eye you have Hepatitis c it
Locate on your liver, he also go on
Saying you had this illness since 1999.

And giving you medcated for you arm Leg
only messed up your liver, make thing's worse

He refuess to give me medical treatment
I'm constatly in pain. I also feeling scare
differnt comfort Sickenss. I notice
one of my Eye Turn Blood Shot
like some one hit me in the EYE
from a fight. But this is not
Normal for a person to weak up
With EYES and Constantly un easy
feel like I Just were in-accident this Hepititis c
my liver body feel odd sometime.

May 2006
April 2007.

Dr. Aguinaldo   Medical Doctor
I talk with him and I was complaint. I need my medicine treatment for hepatitis c he state telling me you have been diagnosie with Hepatitis c it is on your liver. I saying to him I know. this already.

He mentioned to Dr. porth Ghosh I'm diabetic. some mentione. well Dr. Ghosh saying to him put him on diabetic pill. Right of way.

I told Dr. Aguinaldo I have not benn receiving the medical for the Hepatitis c. I mentioned to him. I already been out to the outside Hospital Two time. February. March. And the Doctor saying I have fifteent years it will get worse. if I do not get Treatment. and you do need Treatment. and you need it now.

The year 2006. Dr. porth Ghosh. medical Dirctor notice I have notice I have Hepatitis c after I written to a griven form complaint. I call over there talk about my condition. after that I went out to uic Hospital.

date —
2007. June.

Dr porth Ghosh - Medical Director
a war I hav Hepatitis c Since 1999
I have not been getting treatment medcial.
I have written to him and get know
respond I know he have read my medcial
chart before.

Well after five month went back by,
I been feeling disorder pain Sickness.
this is very Serious my liver is bad
going badly Cause I have Hepatitis c
this really start to take effectiv on my
mind.

I been talking to the medtech.
He Saying I going get you over
there to Sickcall you can talk
to Dr. porth Ghosh Medical Director

I had mentioned this to the cell House
House unit LT, he Saying he gone
to see can get someone to
come talk to me.

Date
2009
N
2008.

few month later. he knew that I suppose to be Treat on medicine. He act like He didn't really care. If I get the medcate or not. 2008 he written permit to order the medcial for my Hepatitis c. I still have not got Treatment yet.

I write Dr. porth Ghosh a letter Saying you know I'm 46 years old by me being here it is very stressful to deal with my condition and the rest of the Doctor here is looking over the situation matter that I'm complaint about. i wish you can made it all go away's so I can sleep without this illness.

I know I did not have this when I came to prison. Hepatitis c. 1993 I arrive here.

He mentioned to me few other inmates have Hepatitis and we just open up placed for outside. And for inmates with Hepatitis c. you and them will be going There for medical treatment.