TO
CLERK

August 7, 2008

Dear,
Mr. Michael W. DOBBINS
Clerk,

FILED
Aug 13, 2008
AUG 1 3 2008 MD
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I'm mailing you a copies of my RESPONSE from the grievance office. I will appreciated you make a copies of these paper. ~~and~~ to ~~the~~ Judge who handle my case issue, Judge: GETTLEMAN or MAGISTRATE Judge ASHMAN, my case number 08C1449

also I will be attached a letter for you to give to the Judge who handle my case-okay?

I really appreciate you mail me a copies BACK So I can send the copies to the Administrative Review Board p.o. Box 19272 IN-okay? Springfield IL 62794-9277

Thank you very much
Mr. Cleveland Garner N33258-

PS write soon