To Judge who this make concern 

August 7 / 2008.

Cleveland Garner
N 33258
P.O. Box 112
Joliet, IL 60434
Case Number 08C1449

FILED
Aug 13. 2008
AUG 1 3 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Dear. Judge GETTLEMAN / or Judge ASHMAN
Judge 08-CV-1449 08CV1449/
Judge Gettleman

CLEVELAND GARNER

VS

PARTHA GHOSH.

Will please get Dr GHOSH to Give
me medical treatment. For Hepatitis c
And need to go out to a Hospital
need a MRI test Done.
muscel spamas whatever this make be
I'M 48 of ages. these people here
Keep dea medcate treatment
I been ill since 1999 with the Hepatitis
the other one leased twenty years muscel
pain constantly everyday I can't sleep
Someday. these Doctor Know this is
Damage. to my Health. one of inmate Registry
all my personal property, because, I got Hepatitisc
will you please take act order DR. GHoslt to give

ME. medical treatment. Judge, They Saying IN They COMPLAINT I'm without Knowledge or information sufficent to form a belief as to the truth of the allegations contained in paragraph. Dr. Ghosh and Dr. Aguinaldo

I'm mailing you more PROOF OF SERVICE. Judg I will like for You to take immediate Act. act Soon as possibl also Judge stop them From acting toward with abuse. abuson using word. abuse.

Judge I'm sick I do not get out of prison intil the of SixtYeight years old. I feel bad being here for my Charging against. I have turn my LiFe over to God. I'm a christian. Judge the Doctor here treat inmates with HIV.

Will you please Stop what you doing Judge make the Doctor get me medicine treatment that all I'm reQuest sir. Judg I exercise it do not help MY muscel Spams. and Judge it Been longtime I have not receive Medical for Hepatitise. Judge I'm asking You to make these people do what They Suppose to do.

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** March 6, 2008          **Date of Review:** August 1, 2008          Grievance # 1182

**Committed Person:** Cleveland Gamer                                    Inmate #: N33258

**Nature of Grievance: Medical Tx**

**Facts Reviewed:** Grievant alleges experiencing numbness and discomfort and has not had tx for hep C

**Relief Requested:** MRI and Hep tx

**Grievance written:** 2-9-08

**Sent to HCU:** 2-22-08

**Medical response received: 8-1-08**

Per Medical Director, Dr. Ghosh, MD: The writer reviewed the grievance of the inmate. The writer evaluated him on 4-22-08. He was noncompliant with medications for diabetes. I shall reevaluate him again to determine whether his compliance is good enough for the initiation and continuation with Hep C treatment. I shall also determine a need for an MRI.

It appears that this grievance issue has been resolved.

This Grievance Officer has no medical expertise or authority to contradict the doctor's recommendation/diagnosis.

**Recommendation:** No further action necessary at this time.

| Tammy Garcia | | |
|---|---|---|
| Print Grievance Officer's Name | | Grievance Officer's Signature |

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 8-6-8     ☒ I concur     ☐ I do not concur     ☐ Remand

**Comments:**

| T. McCann | | 8-6-8 |
|---|---|---|
| Chief Administrative Officer's Signature | | Date |

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

| Committed Person's Signature | ID# | Date |
|---|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 2-9-08 | Offender: (Please Print) Cleveland Garner | ID#: N33258 |

| Present Facility: STATEVILLE | Facility where grievance issue occurred: STATEVILLE |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____ 1182

- [ ] Disciplinary Report: ____/____/____
  Date of Report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer

Brief Summary of Grievance: I went to Sick call of February 2nd 2008. I complained to Dr. Aguinaldo about my discomfort pain that I get in my arm and Leg, it goes Numb. I have taken Asprin and Tylonell Retorion - Dr. Partha Grosh perscribed on April 7th 2006. And the Pill does No Good. Its been like this over the past 8 years. A normal person doesn't live in that Condition. I would like to have MRI testing. I have had Blood Testing before and is came up that I have Hepetitis-"C". I went to UIC on February 7th 2006. I have not recieved the Medical Treatment For my Hepetitis C yet? I went on 2 Sick Call On February 2nd 2008. Dr. A Guinaldo told me that he

Relief Requested: To have MRI TEST Conducted as I need it to see what is wrong with my constant Pain and Discomfort and I will put you to see Dr. Gosh for your hepetitis c

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Cleveland Garner | N-33258 | 2/8/08 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 2/22/07 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

| I. Baldwin | | |
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance<br>[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

| _____ | | ____/____/____ |
| Chief Administrative Officer's Signature | | Date |

Was going to have a Blood Test done on February 8th 2008
I had the Blood Test done, and the Doctor said he will put me in
to see the Doctor GOSS I have and I am having discomfort pain
Constantly. Doctor Mentioned to me "I see you have Hepetitis-C
I'll put you in to see Dr Goss about your condition? I have not
seen Dr. Goss yet!!! Healthcare Ms Vance received a letter from
me recently (Process of accessing healthcare according to procedure
as explained in the I/M Handbook) I have recieved and been
Mediated for Hepetitis, but I am Constantly having discomfort,
Muscle Spasim pain from this discomfort. Sometimes I cant move around.
All the time I have Constant Discomfort. I need MRI done. Dr Goss
is the only one who can make this happen - X-Ray will not show it. And
On February 2nd 08, I went on sick call, I met with Dr. A Gruinvaldo and
he examined me. Then I got dressed, he wrote me down for a blood Test. I had
it done on February 4th 08. Dr. A Gruinvaldo sat down at the table and wrote
down the things he told me, he said that I will be seen by Dr. Gosh for my
Hepetitis-C. It seems he didn't mention anything about my discomfort and
muscle spasims I've mentioned about or how I told the Doctor how I need an
MRI. or Catscan Test ⇐ This will show whats wrong with me. I saw
Dr. Aguinvaldo and he asked me when was the last time I had a blood test.
I told him recently. It's been like this over 8 years, and a normal Person
don't lived like this. He asked how old I was and I said 47 year old.
I told him because of all my pain I can't hardly get around, I move slow.
I told him he saw me 8 months ago and did got my a refill on Robixien
No, because of my Hepititis-C. After all I've explained to him, he
ignossed me.   ON February 10th 08 Med Tech came around, I John
informed him to put me in for Clinic for my Hepititis C. He took my
Name and Number - Left this discomfort irritates me, all my attention
is on this discomfort and its driving me Crazy. Please allow me to
have this MRI. I need I'm tired of waking up in the morning like
this everyday. This is not normal for any person in a life lived
under this Condition. To whom this may concern

Thankyou very much
Cleveland Garner.



**Rod R. Blagojevich**
Governor

**Illinois**
**Department of**
**Corrections**

**Roger E. Walker Jr.**
Director

Stateville Correctional Center / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607 TDD: (800) 526-0844

# MEMORANDUM

Date:       July 30, 2008

To:         Grievance Office

From:       Partha Ghosh, MD
            Medical Director

Subject:    Medical Grievance for Garner, Cleveland N33258 E910

The writer reviewed the grievance of the inmate. The writer evaluated
him on 4/22/08. He was noncompliant with medications for diabetes. I
shall reevaluate him again to determine whether his compliance is good
enough for initiation and continuation with Hep c treatment.  I shall also
determine a need for an MRI.

PG:jrw

Cc: File

Received
Grievance Office

AUG 0 1 2008

STA # 1182

STATEVILLE CORRECTIONAL CENTER                    Page# _____
Notification Of Appointment to HCU

Name _Mercer_          Number _U 33 258_          Date _1-26-05_

Cell# _X LE 7_  Time to Report _10__    Assignment _____

| __ Lab | __ X-Ray | __ Dietician | __ Seizure Clinic | __ Other |
|--------|----------|--------------|-------------------|---------|
| _/ E.R. | __ OPTH | __ Infirm Adm | __ Diabetic Clinic | |
| __ P.T. | __ ORTHO | __ M.D. in E.R. | __ Hypertensive Clinic | |
| __ OPT | __ Dental | __ Asthma Clinic | __ Infec. Control Nurse | |
| __ POD | __ Physicals | __ Surgery Clinic | __ Mental Health ____ | |

Special Instructions:

__ NPO -(Nothing By Mouth After 12:00 Midnight)


__ I Accept This Pass _____
                         Inmate Signature

__ I Refuse This Assignment _____
                               Inmate Signature
   If you are on a psychotropic medication, This will be discontinued or
   Tapered off.  If you do not come to your next scheduled appointment.

__ Reason for Refusal _____

Witness _____
                         CMT Signature

** If You fail to keep this appointment (NO SHOW) you will have to **
      Re-schedule your own appointment thru the CMT.

__ No Show


Attempts to deliver this pass made at the following times:

P.N.'S _____  Reason not delivered _____

Midnights _____  Reason Not delivered _____

__ R.N. Notified of inability to deliver Pass
Signature of CMT _____ P.M. _____ M.N. _____ M.N.
Signature of R.N. _____ P.M. _____ M.N. _____ M.


Time inmate departed Assignment _____ Officer _____
TIME Inmate Arrived at HCU _____ Officer _____
Time Inmate departed HCU _____ Officer _____
Time Inmate Arrived Assignment _____ Officer _____

IL 426- DCA 2234  Revised 04/93          White-- Inmate
                                         Yellow--Provider

STATEVILLE CORRECTIONAL CENTER          Page# _____
Notification Of Appointment to HCU

Name _Warner_                    Number _033058_          Date _8-8_
Cell# _NCO_    Time to Report _830_        Assignment _____

| | | | | |
|---|---|---|---|---|
| ✓ Lab | __ X-Ray | __ Dietician | __ Seizure Clinic | __ Other |
| __ E.R. | __ OPHTH | __ Infirm Adm | __ Diabetic Clinic | |
| __ P.T. | __ ORTHO | __ M.D. in E.R. | __ Hypertensive Clinic | |
| __ OPT | __ Dental | __ Asthma Clinic | __ Infec. Control Nurse | |
| __ POD | __ Physicals | __ Surgery Clinic | __ Mental Health _____ | |

Special Instructions:

✓ NPO -(Nothing By Mouth After 12:00 Midnight)

_____

__ I Accept This Pass _____
                            Inmate Signature

__ I Refuse This Assignment _____
                            Inmate Signature
If you are on a psychotropic medication, This will be discontinued or
Tapered off.  If you do not come to your next scheduled appointment.

__ Reason for Refusal _____

__ Witness _____
                            CMT Signature

** If You fail to keep this appointment (NO SHOW) you will have to  **
          Re-schedule your own appointment thru the CMT.

__ No Show _____

Attempts to deliver this pass made at the following times:

P.N.'S _____ Reason not delivered _____

Midnights _____ Reason Not delivered _____

__ R.N. Notified of inability to deliver Pass
Signature of CMT_____ P.M._____ M.N._____ A.M.
Signature of R.N._____ P.M._____ M.N._____ A.M.

Time inmate departed Assignment_____ Officer_____
TIME Inmate arrived at HCU_____ Officer_____
Time Inmate departed HCU_____ Officer_____
Time Inmate Arrived Assignment_____ Officer_____

IL 426- DCA 2234  Revised 04/93          White-- Inmate
                                         Yellow--Provider

From Inmate Mr. Garner # N33258   X-L8#07

I need to be put on sick call, and I also need to see
Dr. M.D Gosh, immediatly. He gave me ROBATX, but it
doesn't do any Good, I still have discomfort. I need testing.
I need to go to an outside Hospital to have an MRI Test
done. I get pain throughout my Legs and Arms that they
go numb. I've taken Tylonel, Aspiran but, it does no Good.
I've had this problem for over 8 years.

I can't read or write very
Good, and I do not have familly
to call down here on my behalf.

To whom this may concern, will you please speak with Docter
M.D. Gosh to make sure I have an MRI Test done-

Letter
1-22-08


Garner
N33258
XLE 07
Dated - 1-18-08
I investigated letter
I/M wants to go to an outside hospital for a MRI.


I reviewed the Chart
I spoke with CMT for his cell House.


CMT will add the I/M to the list for the Doctor.
CMT will also stop by to see the I/M.


I/M should start the process of accessing healthcare according to
procedure as explained in the I/M Handbook.


I trust this will help.


Thank yo
C.A Vance, RN MSN, HCUA