## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1449 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Cleveland Garner (N-33258) v. Dr. Partha Ghosh | | |

**DOCKET ENTRY TEXT:**

The Defendants shall respond to Plaintiff's Cleveland Garner's motion for medical treatment [29] by September 9, 2008. Plaintiff may file a reply by September 23, 2008. Plaintiff's motion for the appointment of counsel [10] is taken under advisement. Plaintiff is advised that letters to the Court are not allowed, and any requests for relief should be submitted in the form a motion. The case is set for a status hearing on September 17, at 9:00 a.m.

Docketing to mail notices.

isk