UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLEVELAND GARNER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08 C 1449 |
| | ) | Judge Robert W. Gettleman |
| PARTHA GHOSH, | ) | |
| et. al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR MEDICAL CARE

Defendants, DR. PARTHA GHOSH and DR. AGUINALDO, by their attorneys, CHARYSH & SCHROEDER, LTD., for their response to plaintiff's motion for medical care state:

1.     Initially the defendants would object to the plaintiff's repeated attempts to contact the court through letters.  As the Court noted in its August 27, 2008, order, letters are not the proper method for a litigant to communicate with the Court.  As such the Court should disregard any additional letters the plaintiff may send to it.

2.     In the context of medical professionals, the standard in civil rights cases has been described as the "professional judgment" standard: A medical professional is entitled to deference in treatment decisions unless no minimally competent professional would have so responded under those circumstances.  *Sain v. Wood*, 512 F.3d 886 (7th Cir. 2008)

3.     All plaintiff's motion contains are lay allegations that he is not receiving the medical treatment, he, as a non-medically trained individual feels he should be receiving.  On

this bare record it would be inappropriate for the Court interfere with the medical professional's judgment.

4.     However, in reply to the Court's order requesting a response to plaintiff's motion defendants will report the status of plaintiff's medical care.

5.     In plaintiff's motion it appears he is complaining of two alleged areas where his is not satisfied with his medical care.

6.     First, plaintiff is complaining that he has not being treated for his Hepatitis C. Plaintiff had previously been on a drug treatment program for his Hepatitis. This treatment required constant compliance with the regimen. When plaintiff was previously on this drug treatment he was non-compliant and stopped taking his medication. Plaintiff is now in the process of qualifying to be restarted on the medication treatment. Plaintiff's qualification for the treatment is complicated due to his diabetes which needs to be controlled prior to starting the treatment. At last check, plaintiff diabetes was under better control than previously. Plaintiff is also being followed by the psych department and prior to commencing the Hepatitis C treatment he would have to be cleared by them. Plaintiff was scheduled to be seen by the psych department on September 5, 2008. Dr. Ghosh, the medical director at Stateville, anticipates having plaintiff called to the Health Care Unit in the next week to two weeks to determine his psych status, as well as his other qualifications to commence the Hepatitis C treatment.

7.     The other are complaint appears to relate to muscle spasms. There appears to be some question if plaintiff has used the proper procedure to request medical care regarding any complaints of muscle spasms. Muscle spasms can be side effects of plaintiff's other medical conditions. Dr. Ghosh anticipates being able to discuss this matter with plaintiff when he his called to the HCU to review his status for the Hepatitis C treatment regimen.

8.      In short, the plaintiff must comply with the proper procedures to receive medical care. At this time Dr. Ghosh, the Medical Director at Stateville, anticipates seeing plaintiff in the next week to two weeks to determine plaintiff's qualifications to restart the Hepatitis C treatment (which plaintiff was non-compliant with previously) as well as to discuss any alleged muscle spasms.

WHEREFORE, defendants, Dr. Partha Ghosh and Dr. Aquinaldo, having responded to plaintiff's motion request this Court deny plaintiff's motion and grant such other further relief as the Court deems just and proper.

                                                                CHARYSH & SCHROEDER, LTD.

                                                                /s/Richard A. Tjepkema

CHARYSH & SCHROEDER, LTD.
33 North Dearborn Street
Suite 1300
Chicago, Illinois  60602
(312) 372-8338
Michael J. Charysh, ARDC #6187455
Richard A. Tjepkema, ARDC ## 6217445

**PROOF OF SERVICE BY ELECTRONIC FILING AND U.S. MAIL**

      The undersigned attorney certifies that on September 9, 2008, this notice was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses indicated above; this notice, and the documents referred to therein have also been served on all parties not electronically served by causing a copy of the same to be placed in the U.S. Mail at 33 North Dearborn Street, Chicago, Illinois on or before 5:00 p.m. on September 9, 2008, with proper postage prepaid.

                                                                             s/ Richard A. Tjepkema